```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 37511
   MUFID M OMRAN
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-1062


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 09/15/2005 and was confirmed 11/28/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 12/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
NISSAN MOTOR ACCEPTANCE    SECURED           13304.00         1709.12       11895.28
AMERICAN EXPRESS           UNSECURED         NOT FILED            .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED          1468.37             .00            .00
AMERICAN GENERAL FINANCE   UNSECURED         NOT FILED            .00            .00
AMERICAN GENERAL FINANCE   NOTICE ONLY       NOT FILED            .00            .00
AMERICAN GENERAL FINANCE   NOTICE ONLY       NOT FILED            .00            .00
CAPITAL ONE                UNSECURED           912.85             .00            .00
ROUNDUP FUNDING LLC        UNSECURED          2172.73             .00            .00
COLLECT AMERICA LTD        NOTICE ONLY       NOT FILED            .00            .00
B-LINE LLC                 UNSECURED           244.63             .00            .00
ROUNDUP FUNDING LLC        UNSECURED          4352.57             .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1891.68             .00            .00
PAYDAY LOANS               UNSECURED         NOT FILED            .00            .00
GREAT LAKES HIGHER EDUC    UNSECURED          1500.23             .00            .00
SALLIE MAE SERVICING COR   NOTICE ONLY       NOT FILED            .00            .00
SEARS                      UNSECURED         NOT FILED            .00            .00
CB USA                     NOTICE ONLY       NOT FILED            .00            .00
CBUSA SEARS                NOTICE ONLY       NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED           930.45             .00            .00
SEARS ROEBUCK & CO         NOTICE ONLY       NOT FILED            .00            .00
NISSAN MOTOR ACCEPTANCE    UNSECURED           652.79             .00            .00
ECMC                       UNSECURED          1506.21             .00            .00
LEDFORD & WU               DEBTOR ATTY       2,700.00                        2,700.00
TOM VAUGHN                 TRUSTEE                                           1,068.64
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 17,373.04


                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 37511 MUFID M OMRAN
```

```
PRIORITY                                                          .00
SECURED                                                     11,895.28
    INTEREST                                                 1,709.12
UNSECURED                                                         .00
ADMINISTRATIVE                                               2,700.00
TRUSTEE COMPENSATION                                         1,068.64
DEBTOR REFUND                                                     .00
                                      ---------------  ---------------
TOTALS                                     17,373.04         17,373.04
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
    Dated: 03/05/09                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```